UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN J. HANKA, | No. 2:25-cv-0564 DAD CKD P |
| Plaintiff, | |
| v. | ORDER AND |
| MATHEW LORIGAN, et al., | FINDINGS AND RECOMMENDATIONS |
| Defendants. | |

Plaintiff is a Sacramento County Jail prisoner proceeding pro se and seeking relief pursuant to 42 U.S.C. § 1983. On February 28, 2025, plaintiff's complaint was dismissed with leave to amend. Plaintiff has now filed an amended complaint.

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2).

Having conducted the required screening, the court finds that plaintiff can proceed on claims arising under the Fourth Amendment for excessive force against defendants Trummel, Lorigan and Manitta. Therefore, the court will order that plaintiff provide information to the court so that those defendants can be served with process. No other claims are stated in plaintiff's

1

1  complaint. Therefore, the court will recommend that any other potential claims and defendants
2  be dismissed.
3       In accordance with the above, IT IS HEREBY ORDERED that:
4       1. Service is appropriate for defendants Lorigan, Trummel and Manitta.
5       2. The Clerk of the Court shall send plaintiff three USM-285 forms, one summons, an
6  instruction sheet and a copy of the March 24, 2025 amended complaint.
7       3. Within thirty days from the date of this order, plaintiff shall complete the attached
8  Notice of Submission of Documents and submit the following documents to the court:
9            a. The completed Notice of Submission of Documents;
10           b. One completed summons;
11           c. One completed USM-285 form for each defendant listed in number 1 above;
12 and
13           d. Four copies of the amended complaint.
14      4. Plaintiff need not attempt service on defendants and need not request waiver of service.
15 Upon receipt of the above-described documents, the court will direct the United States Marshal to
16 serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment
17 of costs.
18      IT IS HEREBY RECOMMENDED that all claims and defendants other than claims
19 arising under the Fourth Amendment for excessive force against defendants Trummel, Lorigan
20 and Manitta be dismissed.
21      These findings and recommendations are submitted to the United States District Judge
22 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days
23 after being served with these findings and recommendations, plaintiff may file written objections
24 with the court. The document should be captioned "Objections to Magistrate Judge's Findings
25 /////
26 /////
27 /////
28 /////

and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 27, 2025

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1
hank0564.1

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   RYAN J. HANKA,                      No. 2:25-cv-0564 DAD CKD P
12          Plaintiff,
13     v.                                NOTICE OF SUBMISSION
14   MATHEW LORIGAN, et al.,              OF DOCUMENTS
15          Defendants.
16
17       Plaintiff submits the following documents in compliance with the court's order filed
18   _____:
19       ____      completed summons form
20       ____      completed USM-285 forms
21       ____      copies of the _____
                                 Amended Complaint
22
23   DATED:
24
25                                     _____
                                            Plaintiff
26
27
28
                                        1