UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN J. HANKA,

      Plaintiff,

    v.

MATTHEW LORIGAN, et al.,

      Defendants.

No.  2:25-cv-00564-DAD-CKD (PC)

ORDER ADOPTING MAY 13, 2025 FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION

(Doc. Nos. 11, 12)

Plaintiff Ryan J. Hanka is a county jail inmate proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 28, 2025, the assigned magistrate judge ordered plaintiff to submit a completed Notice of Submission of Documents, a completed summons, and a completed USM-285 form for three defendants in this action within thirty (30) days of the date of entry of that order.  (Doc. No. 11 at 2.)  Plaintiff has never submitted any of those requisite documents as directed.  Accordingly, on May 13, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute and failure to comply with court orders.  (Doc. No. 12.)  The findings and recommendations were served upon plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 1.)  To date, plaintiff has not filed

1

any objections to the pending findings and recommendations and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly,

1.  The findings and recommendations issued on May 13, 2025 (Doc. No. 12) are ADOPTED in full;

2.  This action is DISMISSED, without prejudice, due to plaintiff's failure to prosecute this action and failure to comply with court orders;

3.  The court declines to adopt the findings and recommendations issued on March 28, 2025 (Doc. No. 11), recommending that certain claims be dismissed, as having been rendered moot by this order; and

4.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 8, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2